IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  06-cv-00133-ZLW-OES

LINK TECHNOLOGY, INC., d/b/a
SILVERGLIDE SURGICAL TECHNOLOGIES, INC.,
a Colorado corporation,

    Plaintiff,

v.

KIRWAN SURGICAL PRODUCTS, INC., a Massachusetts corporation,

    Defendant.
_____

ORDER
_____

    In consideration of the Notice Of Settlement Subject To Execution Of Settlement Agreement, it is

    ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

    FURTHER ORDERED that settlement papers shall be filed on or before April 10, 2006.  If by that date settlement papers have not been received by the Court, on April 17, 2006, the case will be dismissed without prejudice.

    DATED at Denver, Colorado, this  27  day of March, 2006.

                    BY THE COURT:

                    ZITA L. WEINSHIENK, Senior Judge
                    United States District Court